FORM 1

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| APS AUTO PARTS SPECIALIST, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | 21-00268- <br><br><br><br><br><br><br> **SUMMONS** |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



**/s/ Mario Toscano**
Clerk of the Court

| **PROTEST** | | | |
|---|---|---|---|
| Port of Entry: 2704 | | Date Protest Filed: | See attached schedule |
| Protest Number: See attached schedule | | Date Protest Denied: | See attached schedule |
| Importer: APS AUTO PARTS SPECIALIST, INC. | | | |
| Category of Merchandise: Auto Parts - Steel Side Protective Attachments | | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| | | | | | |
| | | See attached schedules | | | |
| | | | | | |
| | | | | | |

| | |
|---|---|
| Port Director, <br><br> U.S. Bureau of Customs & Border Protection <br> 301 E. Ocean Blvd., Suite 1400 <br> Long Beach, CA 90802 | Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP <br> 599 Lexington Avenue, 36th floor <br> New York, New York 10022 <br> RSilverman@GDLSK.COM <br> 212/557-4000 |
| *Address of Customs Port in Which Protest Was Denied* | *Name, Address and Telephone Number of Plaintiff's Attorney* |

Page 1

10475125

# CONTESTED ADMINISTRATIVE DECISION

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| | Classification, Rate or Amount | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Auto Parts - Steel Side Protective Accessories | 8708.29.5060 9903.88.03 | 2.5% *ad valorem* 25% *ad valorem* | 8708.29.5060 9903.88.45 | 2.5% *ad valorem* Free |

| Other |
|---|
| *State specifically the Decision [as Described in 19 U.S.C.§1514(a)] and the Protest Claim:* <br> Protests were filed under 19 U.S.C. 1514(a)(3) and (5) to contest the assessment of 25 percent ad valorem duties on the subject merchandise pursuant to Section 301 of the Trade Act of 1974 (the "Section 301 duties"). Plaintiff contests the legality of the assessments under Section 301. Plaintiff contests the assessment of 301 duties on the products covered by this action because they qualified for an exclusion from the Section 301 duties pursuant to subheading 9903.88.45, for "[t]ire carrier attachments, roof racks, fender liners, side protective attachments, the foregoing of steel (described in statistical reporting number 8708.29.5060)." |

| |
|---|
| The issue which was common to all such denied protests: whether the imported merchandise qualifies for classification in subheading 9903.88.45. |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

Date: 5/28/2021     /s/ Robert F. Seely

| Protest No. | Date Protest Filed | Date of Denial | Entry No. | Entry Date | Date of Liquidation |
|---|---|---|---|---|---|
| 270420148069 | 11/28/2020 | 12/10/20 | 588-0104986-5 | 8/21/2019 | 7/17/2020 |
| 270420148062 | 11/28/2020 | 12/10/20 | 588-0104882-6 | 8/7/2019 | 7/3/2020 |

**Port Director,**

**U.S. Bureau of Customs & Border Protection**
**301 E. Ocean Blvd., Suite 1400**
**Long Beach, CA 90802**

**FORM 5**

# UNITED STATES COURT OF INTERNATIONAL TRADE
# INFORMATION STATEMENT

*(Place an "X" in applicable [ ])*

| PLAINTIFF: <br> APS AUTO PARTS SPECIALIST, INC. <br> _____ <br><br> **ATTORNEY** *(Name, Address, Telephone No.):* <br> **Grunfeld, Desiderio, Lebowitz,** <br> **Silverman & Klestadt LLP** <br> **599 Lexington Avenue, 36ᵗʰ floor** <br> **New York, NY 10022** <br> **Tel: (212) 557-4000** | **PRECEDENCE** <br> If the action is to be given precedence under Rule 3(g), <br> indicate the applicable paragraph of that section: <br><br> [ ] (1)     [ ] (3)     [ ] (5) <br><br> [ ] (2)     [ ] (4) |
|---|---|

## J U R I S D I C T I O N

**28 U.S.C. § 1581(a)** - Tariff Act of 1930, Section 515 - **19 U.S.C. § 1515**

| [ ] Appraisal | [x] Classification | [x] Charges or Exactions |
| [ ] Exclusion | [ ] Liquidation | [ ] Drawback |
| [ ] Refusal to Reliquidate | [x] Rate of Duty | [ ] Redelivery |

**28 U.S.C. § 1581(b)** - Tariff Act of 1930, Section 516 - **19 U.S.C. § 1516**

| [ ] Appraisal | [ ] Classification | [ ] Rate of Duty |

**28 U.S.C. § 1581(c)** - Tariff Act of 1930, Section 516A(a) (1), (a) (2) or (a) (3) - **19 U.S.C. § 1516a**

*(Provide a brief description of the administrative determination you are contesting, including the relevant **Federal Register** citation(s) and the product(s) involved in the determination. For Section 516A(a) (1) or (a) (2), cite the specific subparagraph and clause of the section.)*

Subparagraph and Clause _____ Agency _____

***Federal Register*** Cite(s) _____

Product(s) _____ _____

**28 U.S.C. § 1581(d)** - Trade Act of 1974 - **19 U.S.C. §§ 2273, 2341, 2371**

    [ ] U.S. Secretary of Labor            [ ] U.S. Secretary of Commerce

**28 U.S.C. § 1581(e)** - Trade Agreements Act of 1979, Section 305(b) (1) - **19 U.S.C. § 2515**
*(Provide a brief statement of the final determination to be reviewed.)*

**28 U.S.C. § 1581(f)** - Tariff Act of 1930, Section 777(c) (2) - **19 U.S.C. § 1677f(c) (2)**

Agency: [ ] U.S. International Trade Commission     [ ] Administering Authority

**28 U.S.C. § 1581(g)** - Tariff Act of 1930, Section 641 - **19 U.S.C. § 1641** - or Section 499 - **19 U.S.C. § 1499**

| [ ] Sec. 641(b) (2) | [ ] Sec. 641(b) (3) | [ ] Sec. 641(c) (1) | [ ] Sec. 641(b) (5) |
| [ ] Sec. 641(c) (2) | [ ] Sec. 641(d) (2) (B) | [ ] Sec. 499(b) | |

(Continued on reverse side)

| JURISDICTION |
| --- |
| (Continued) |

**28 U.S.C. § 1581(h) - Ruling relating to:**

[ ] Classification[          [ ] Valuation          [ ] Restricted Merchandise

[ ] Rate of Duty          [ ] Marking          [ ] Entry Requirements

[ ] Drawbacks          [ ] Vessel Repairs          [ ] Other: _____

_____

**28 U.S.C. § 1581(i)** - *(Cite any applicable statute and provide a brief statement describing jurisdictional basis.)*

**28 U.S.C. § 1582 - Actions Commenced by the United States**

[ ] (1) Recover civil penalty under Tariff Act of 1930:

    [ ] Sec. 592          [ ] Sec. 593A          [ ] Sec. 641(b) (6)

    [ ] Sec 641(d) (2) (A)          [ ] Sec. 704(i) (2)          [ ] Sec. 734(i) (2)

[ ] (2)    Recover upon a bond

[ ] (3)    Recover customs duties

| RELATED CASE(S) |
| --- |

To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending?

|  | PLAINTIFF | COURT NUMBER | JUDGE |
| --- | --- | --- | --- |
| [ ] Decided: |  |  |  |
| [X] Pending: | APS AUTO PARTS SPECILAIST, INC. | 21-00233 | N/A |

(Attach additional sheets, if necessary)

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sept. 1, 2004; Nov. 29, 2005, eff. Jan. 1, 2006; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 4, 2012, eff. Jan. 1, 2013; Sept. 18, 2018, eff. Oct. 15, 2018.)

# UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP
(Name of attorney of record)

on behalf of   APS AUTO PARTS SPECIALIST, INC.   in the matter of   APS AUTO PARTS SPECIALIST, INC.   v. United States, Court No. 21-.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

   N/A

2. Indicate whether the party on whose behalf this Form is being filed is [**X**] or is not [ ] the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

   N/A

/s/ Robert F. Seely                              5/28/21
                                                  (Date)

**SEE REVERSE SIDE**

(Added Nov. 4, 1981, eff. Jan 1, 1982; as amended Dec. 18, 2001, eff. Apr. 1, 2002)

11137055_1