UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:

_____
                                        :
APS AUTOPARTS SPECIALIST, INC.          :
                                        :
                    Plaintiff,          :        Court Nos.  21-00233, 21-00268
                                        :
            v.                          :
                                        :
UNITED STATES,                          :
                                        :
                    Defendant.          :
_____ :

## NOTICE OF WITHDRAWAL OF ATTORNEY

Please take notice that Jamie L. Shookman, counsel for defendant, the United States,

should be removed as counsel of record in the above-captioned case.  Mr. Alexander J.

Vanderweide is lead attorney and will continue to represent defendant in this case.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Justin R. Miller
By:   Justin R. Miller
      Attorney-In-Charge
      International Trade Field Office

/s/ Jamie L. Shookman
Jamie L. Shookman
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch

26 Federal Plaza – Suite 346
New York, New York 10278
(212) 264-2107
April 2, 2023                              Attorneys for Defendant