# UNITED STATES COURT OF INTERNATIONAL TRADE

```
─────────────────────────────────x
APS AUTO PARTS SPECIALIST, INC.    :
                                   :
                 Plaintiff,        :
                                   :
            v.                     :   Court No. 21-00268
                                   :
UNITED STATES,                     :
                                   :
                 Defendant.        :
                                   :
─────────────────────────────────x
```

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE, that plaintiff, APS Auto Parts Specialist, Inc., through its undersigned attorneys and pursuant to USCIT R. 41(a)(1)(A)(i), hereby dismisses this action.

Respectfully submitted,

Dated: Los Angeles, CA
       May 28, 2025

GRUNFELD, DESIDERIO,
LEBOWITZ, SILVERMAN &
KLESTADT LLP
*Attorneys for Plaintiff*
707 Wilshire Blvd., Suite 4150
Los Angeles, CA 90017
Tel.: (213) 624-1970
HLitman@gdlsk.com

By: /s/ Heather Litman
    Heather Litman

## ORDER OF DISMISSAL

Court No. 21-00268, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Clerk, United States Court of International Trade

Dated: _____    By: _____