UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 7

| | |
|---|---|
| APS AUTO PARTS SPECIALIST, INC.<br><br>                           Plaintiff,<br><br>   v.<br>United States<br><br>                          Defendant. | Court No. 21-00268<br>and Attached Schedule |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: May 29, 2025
_____

/s/ Heather Litman
_____
Attorney for Plaintiff
707 Wilshire Blvd., Suite 4150
_____
Street Address
Los Angeles, CA 90017
_____
City, State and Zip Code
213-624-1970
_____
Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 21-00268 | APS AUTO PARTS SPECIALIST, INC. | 270420148069<br>270420148062 | 588-0104986-5<br>588-0104882-6 |

Order of Dismissal

    The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: May 30, 2025

Clerk, U. S. Court of International Trade

By: /s/ Giselle Almonte
Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)